ERNEST MERES, *et al.*, v. M. MCKINSTRY SIMMONS, as Trustee, *et al.*

155 So. 323.
Opinion Filed June 8, 1934.

*R. S. Baynard* and *J. C. Davant*, for Appellants;

*Phillips & Thompson*, for Appellees.

PER CURIAM.—The appeal in this case is from an order appointing a receiver to collect "all rents and incomes which hereafter may become due from the property described in the bill of complaint" in a foreclosure proceeding based on a trust deed.

The record discloses no reversible error and, therefore, the order appealed from should be affirmed. It is so ordered.

Affirmed.

DAVS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.